IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>TONY ROSS,  )<br>  )<br>Defendant.  )  | CASE NUMBER:  22-mj-7082-MAB |

## CRIMINAL COMPLAINT

I, Zach Green, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### FELON IN POSSESSION OF A FIREARM

On or about April 5, 2022, in St. Clair County, within the Southern District of Illinois,

**TONY ROSS,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, on April 16, 2018, Robbery Second Degree, in 22nd Judicial Circuit Court Saint Louis City case number 1522-CR01376, did knowingly possess a firearm, to wit: a Glock, model 22, .40 caliber pistol, serial #SAZ005, and the firearm was in and affecting commerce, all in violation, Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT

1.     I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to the Kansas City Field Division, Fairview Heights Field Office. I have been so employed since June 2018. As a Special Agent, I have graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Special Agent Basic Training at the ATF National Academy. As such, I am a "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure.

2.     In my capacity as a Special Agent, I am responsible for investigating violations of federal statutes over which the ATF has investigative jurisdiction, to include violations relating to firearms, controlled substances, carjacking, and robbery, among other things. During my tenure with the ATF, I have participated in investigations involving carjacking, robbery, firearms and illicit substances. I am familiar with and have used normal methods of investigation, including, but not limited to, visual and electronic surveillance, interviewing of witnesses and defendants, reviewing social media accounts, utilization of cellular telephone data, and the utilization of confidential informants and undercover agents. Prior to being a Special Agent with ATF, I was employed as a police officer with the Shiloh Police Department in Illinois from August 2006 to June 2018.

3.     The facts and information contained in this affidavit are based on my personal knowledge, information obtained from other law enforcement officers/agents, witnesses and/or victims. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s). This affidavit does not contain every fact known to regarding this

investigation, but rather contains information necessary to demonstrate probable cause. In support of this Complaint, your Affiant states as follows:

4. On April 5, 2022, law enforcement personnel with the Illinois State Police (ISP) responded to Jack in the Box, located at 9502 Collinsville Road, Collinsville, IL 62234, in an attempt to locate Tony ROSS (B/M, DOB:12/27/1995), who was previously identified as a person of interest in an unrelated investigation.

5. As law enforcement personnel entered the business, ROSS was observed in the kitchen area. ISP Special Agent (SA) Ola Abdallah contacted ROSS. As ROSS made eye contact with SA Abdallah, ROSS retrieved a black pistol from his waistband and placed the pistol underneath a fryer. SA Abdallah ordered ROSS at gun point to show his hands and ROSS was then taken into custody.

6. SA Abdallah retrieved the firearm, identified as a Glock, model 22, .40 caliber pistol, serial #SAZ005, under the fryer. ISP Sgt. Irwin retrieved Jack in the Box surveillance video, which revealed ROSS retrieved an object from his waist band and placed it underneath the fryer.

7. The Glock, model 22, .40 caliber pistol, serial #SAZ005 was manufactured outside the State of Illinois and/or travelled in interstate/foreign commerce and is a firearm as defined in Title 18 U.S.C., Chapter 44, Sectio 921(a)(3).

8. ROSS was previously knowingly convicted of the following felony offenses and is currently on Parole with Missouri Department of Corrections.

- Robbery 2nd Degree- 22nd Judicial Circuit Court, St. Louis, MO, case number: 1522-CR01376, Court Action: Guilty on 04/16/18, Sentence: 8 Years.

- Unlawful Possession/Driver/Vehicle/Stolen- 20th Judicial Circuit Court, St. Clair County, IL, case number: 15CF0008603, Court Action: Guilty on 04/25/16, Court Action: 8 Years.

FURTHER AFFIANT SAYETH NAUGHT.

2022.04.07
09:04:07 -05'00'

Zachary E. Green
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to on the 7th day of April, 2022, in East St. Louis, Illinois

MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

ALEXANDRIA BURNS
Assistant United States Attorney